UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                )

Anthony Andrea Watson    )

              )    CASE NO. 14-31033
                   CHAPTER 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

Robert B. Duke, Jr., Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of **$500.00**

1. The filing of a post-confirmation modified plan on **5/7/14** pursuant to the trustee's motion to dismiss on **6/30/14**

2. The filing of a post-confirmation modified plan on **7/22/14** pursuant to the trustee's motion to dismiss on **9/8/14**.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.                                Respectfully Submitted,

/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr. (VSB#74070)
Attorney for Debtor
207 A South Main Street
Blackstone, VA 23824
Phone: 434-292-6529
Fax: 804-518-5121

Certificate of Service

I certify that I on **3/11/15,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.          /s/ Robert B. Duke, Jr.
                                Robert B. Duke, Jr.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                      )

Anthony Andrea Watson                       )

                                            )     CASE NO. 14-31033-KLP
                                                  CHAPTER 13

72 Happy Jack Lane
Keysville, VA 23947
_____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., <u>8131</u>

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$500** for services rendered. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **3/25/15** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

       United States Bankruptcy Court
       701 E. Broad Street
       Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
Address of attorney for the Debtor(s): Robert B. Duke, Jr.
207 A South Main Street
Blackstone, VA 23824
Phone: 434-292-6529
Fax: 804-518-5121

Address of Chapter 13 Trustee:
Carl M. Bates, P. O. Box 1819, Richmond, VA 3218-1819

**3/11/15**                                                        /s/ Robert B. Duke, Jr.
Robert B. Duke, Jr. (VSB#74070)
Attorney for Debtor
207 A South Main Street
Blackstone, VA 23824
Phone: 434-292-6529
Fax: 804-518-5121

PROOF OF SERVICE

I certify that I on **3/11/15**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Robert B. Duke, Jr.

**Parties served:**

Carl M. Bates
P.O. Box 1780
Richmond, VA 3219-1780

**Anthony Andrea Watson**
72 Happy Jack Lane
Keysville, VA 23947

**NAME AND ADDRESSES OF CREDITORS**

**Aaron's**
201 Eastwood Drive
Danville, VA 24540-0000

**Aaron's Kelly Rentals Inc**
1828 Peery Drive

Farmville, VA 23901-0000

**Capital Management Services**
698 1/2 South Ogden Street
Buffalo, NY 14206-0000

**Cashnet USA**
200 W. Jackson Blvd
Chicago, IL 60606-0000

**Central Virginia Health Servic**
P O Box 220
New Canton, VA 23123-0000

**Credit Acceptance Corporation**
Attn: Bankruptcy Dept
25505 West 12 Mile Rd Ste 3000
Southfield, MI 48034-0000

**Debt Recovery Solution**
Attention: Bankruptcy
900 Merchants Concourse Ste Ll11
Westbury, NY 11590-0000

**Debt Recovery Solutions llc**
900 Merchants Concourse Suite
suite ll-11
Westbury, NY 11590-0000

**Division of Child Support Enfo**
Bankruptcy Unit
2001 Maywill Street, Suite 104
Richmond, VA 23230-0000

**Hood Brothers Auto Sales**
11251 Courthouse Road
Lunenburg, VA 23952

**Jefferson Capital Systems LLC**
Po Box 7999
Saint Cloud Mn 56302-9617

**Quantum3 Group LLC as agent for**
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

**Santander Consumer Usa**
Po Box 961245
Ft Worth, TX 76161-0000

**Southern Dominion Health**
PO Box 70

Victoria, VA 23974-0000

**Synchrony Bank**
c/o of Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**United Auto Credit Co**
18191 Von Karman Suite 300
Irvine, CA 92612-0000

**United Auto Credit Corporation**
1071 Camelback, Suite 100
Newport Beach , CA 92660

**Zwains Auto Sales**
5732 Hull Street Road
Richmond, VA 23224